# EXHIBIT B

Charted Claims:
Method Claim: 21, 22

| US9986435 | Constellation Connect App ("The Accused Instrumentality") |
|---|---|
| 21. A method to perform an action, comprising:<br><br>receiving, by a first device located at a first geographical location, one or more messages that: | The accused instrumentality practices a method to perform an action (e.g., adjusting a thermostat or turning ON/OFF a smart light or scheduling of smart appliances, etc.). The accused instrumentality practices receiving, by a first device (e.g., Constellation Connect server) located at a first geographical location (e.g., the geographical location of the Constellation Connect data centre), one or more messages (e.g., geo-location information messages from a mobile device enabled with Constellation Connect app or messages with location updates from a mobile device enabled with Constellation Connect app).<br><br><br><br>https://www.constellation.com/solutions/for-your-home/home-services/constellation-connect.html |

## First Steps

Getting started with Constellation Connect is fast and easy. Our application will walk you through setup in 7 simple steps. In most cases, it takes about 30 - 40 minutes to complete the setup of your system.

1. **Download the Constellation Connect app**

2. **Set up your Constellation Connect hub**

3. **Create your account**

4. **Add your devices** *(about 5 - 15 minutes)*

5. **Personalize** – *Modes, Scenes and Additional Users*

6. **Choose your monitoring plan**

7. **Arm and disarm your system**

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

### ❶ Download the app

**iOS and Android instructions**

Download on the **App Store**    GET IT ON **Google Play**

1. Search for **"Constellation Connect"**

2. Choose the Constellation Connect app icon

3. Choose download

Apple, the Apple logo, iPhone, and iPod touch are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries.

Android, Google Play and the Google Play logo are trademarks of Google LLC.

# ❼ Arm and disarm your system

You can arm your Constellation Connect home security system using the mobile app, web portal, key fob or keypad. Additionally, you can take advantage of the Geofencing capabilities to automate the Arming and Disarming of your system (see "Geofencing").

Your Constellation Connect home security and automation system has four Modes, one to disarm and three to arm your security system in different states: Away, Stay and Vacation. To learn more about each mode and how to customize see "Configuring Modes".


## Home
**System DISARMED**

Any motion activated devices and siren **WILL** disarm


## Away
**System ARMED**

Any motion activated devices **WILL** arm


## Stay
**System ARMED**

Any motion activated devices **WILL NOT** arm


## Vacation
**System ARMED**

Any motion activated devices **WILL** arm

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf



### ③ Create your account

1. Make sure that WiFi is enabled on your device you have downloaded the Constellation Connect app on and will be completing the setup

2. Open the Constellation Connect app

3. Select "New to Constellation?"

4. Follow the on-screen instructions to create your account and configure it to your hub

   *If the hub is not listed, select "Scan Barcode" to begin the Hub setup process. You will be prompted to scan the barcode on the back of your Constellation Connect Hub.* **(Fig. 1)**

5. When finished, the app will show the Constellation Connect dashboard **(Fig. 2)**

### Geofence

When Geofencing is enabled, the system can automatically set your Mode to HOME (Disarmed) when at least one user is at home. Similarly, the system can automatically set your Mode to AWAY (Armed) when nobody is home.

⚠ **IMPORTANT:** For Geofencing to work properly you must have the Constellation Connect app installed on each user's smartphone (see Additional User section for more information on Additional User setup and management.)

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

## Creating a Scene

Scenes allow you to automate single or multiple devices on your Constellation Connect system based on the type of trigger you select.

<u>There are four types of Triggers that can be used to setup a scene:</u>

 **Device –** The Scene will begin when a sensor or other device in your system changes state, such as a door opens or temperature changes.

**Schedule –** The Scene will begin hourly, daily, weekly, monthly or according to whatever schedule you choose, or can be based on sunrise/sunset times for your specific location.

**Manual –** Create a new button that appears on your Dashboard and selecting this button will start the Scene.

**Location** *(for GPS enabled devices)* **–** The Scene will begin when leaving or entering the geofence area you have defined.

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

In simplest terms, a geofence is a virtual geographic boundary defined by global positioning system (GPS) or radio frequency identification (RFID) technology. When users cross this virtual boundary, a preprogrammed device can perform set actions, receive alerts and manage smart routines.

This increasingly popular technology has both residential and commercial applications. Examples of commercial geofencing include social networking and marketing uses, as location-based services.

People shopping in a favorite clothing store may opt in to the technology, and then when they enter the store and cross a virtual boundary, they will be alerted to sales, coupons and special deals.

Geofencing also has residential uses. By defining a virtual boundary around your home, you can use a simple phone app to trigger reminders, control appliances, or raise or lower your home's thermostat—all based on whether you're currently within the geofenced area or outside it.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

## Best Ways to Use Geofences in Your Home

There are many different ways to use geofencing, and all of these can make life easier and save energy. One of the best parts of this location-based technology is that it can start a series of actions whenever people enter a geofenced area as well as when they leave it.

For additional energy savings, you can even integrate geofencing with smart security systems like Constellation Connect, which can easily link systems together in your home for easy access and control. With those capabilities in mind, here are some of the best ways you can implement geofencing around your home.
https://blog.constellation.com/2019/03/18/what-is-geofencing/

### Use geofencing to set up smart routines for controlling your devices.

Once you've worked out exactly how to do geofencing, you'll see that there are a number of ways to incorporate it into your smart routines that will make them even more efficient.

Program thermostats to automatically adjust when you leave or arrive home.

Maintaining the ideal temperature setting when you're not at home or while you're asleep can be tricky. Fortunately, geofences can be programmed to set thermostats to an energy-saving temperature when you leave for the day and then to automatically kick the heating or cooling on when you return.
https://blog.constellation.com/2019/03/18/what-is-geofencing/

7

Set lights to turn off, and never waste energy again.

Forget about leaving lights on and wasting energy! You can use geofences to program your lights to turn off as you leave for the day, and to turn on when you return.

It also adds an element of convenience, since you don't need to worry about checking the house for lights left on. Thanks to geofencing, you also don't have to constantly remind your kids to turn the lights off.

Schedule smart appliances to perform tasks while you're away.

It's easy to automate your home with geofencing. Appliances like robot vacuums can be set to turn on or off by using geofences. If you're on the way out the door but need to start a load of laundry, geofencing can help. Washing machines can be set to start a load, dishwashers can be set to start a cycle and televisions can be set to shut off—all triggered by you leaving the geofenced area.

https://blog.constellation.com/2019/03/18/what-is-geofencing/



Constellation Connect provides you with an easy solution to quickly secure your home and control all of your smart devices with one app that conveniently integrates and manages these devices. Our hub https://play.google.com/store/apps/details?id=com.constellation.constellationconnect&hl=en_US&gl=US

9

| indicate location information of a second device located at a second geographical location, and | The accused instrumentality practices receiving, at a first device (e.g., Constellation Connect server), a message which indicates location information (e.g., the location of the mobile device with the Constellation Connect app) of a second device located at a second geographical location (e.g., mobile device enabled with Constellation Connect app). |
|---|---|
| | As shown below, a device enabled with the Constellation Connect app sends location information to a Constellation Connect server which uses the location of user to identify distance from the connected Smart Home Automation device (e.g., a Thermostat or a Smart Light or a Smart appliance, etc.). |
| | ## Best Ways to Use Geofences in Your Home |
| | There are many different ways to use geofencing, and all of these can make life easier and save energy. One of the best parts of this location-based technology is that it can start a series of actions whenever people enter a geofenced area as well as when they leave it. |
| | For additional energy savings, you can even integrate geofencing with smart security systems like Constellation Connect, which can easily link systems together in your home for easy access and control. With those capabilities in mind, here are some of the best ways you can implement geofencing around your home. |
| | https://blog.constellation.com/2019/03/18/what-is-geofencing/ |

Use geofencing to set up smart routines for controlling your devices.

Once you've worked out exactly how to do geofencing, you'll see that there are a number of ways to incorporate it into your smart routines that will make them even more efficient.

Program thermostats to automatically adjust when you leave or arrive home.

Maintaining the ideal temperature setting when you're not at home or while you're asleep can be tricky. Fortunately, geofences can be programmed to set thermostats to an energy-saving temperature when you leave for the day and then to automatically kick the heating or cooling on when you return.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

11

Set lights to turn off, and never waste energy again.

Forget about leaving lights on and wasting energy! You can use geofences to program your lights to turn off as you leave for the day, and to turn on when you return.

It also adds an element of convenience, since you don't need to worry about checking the house for lights left on. Thanks to geofencing, you also don't have to constantly remind your kids to turn the lights off.

Schedule smart appliances to perform tasks while you're away.

It's easy to automate your home with geofencing. Appliances like robot vacuums can be set to turn on or off by using geofences. If you're on the way out the door but need to start a load of laundry, geofencing can help. Washing machines can be set to start a load, dishwashers can be set to start a cycle and televisions can be set to shut off—all triggered by you leaving the geofenced area.

https://blog.constellation.com/2019/03/18/what-is-geofencing/



### ③ Create your account

1. Make sure that WiFi is enabled on your device you have downloaded the Constellation Connect app on and will be completing the setup
2. Open the Constellation Connect app
3. Select "New to Constellation?"
4. Follow the on-screen instructions to create your account and configure it to your hub

   *If the hub is not listed, select "Scan Barcode" to begin the Hub setup process. You will be prompted to scan the barcode on the back of your Constellation Connect Hub.* **(Fig. 1)**
5. When finished, the app will show the Constellation Connect dashboard **(Fig. 2)**

### Geofence

When Geofencing is enabled, the system can automatically set your Mode to HOME (Disarmed) when at least one user is at home. Similarly, the system can automatically set your Mode to AWAY (Armed) when nobody is home.

⚠️ **IMPORTANT:** For Geofencing to work properly you must have the Constellation Connect app installed on each user's smartphone (see Additional User section for more information on Additional User setup and management.)

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf



Constellation Connect provides you with an easy solution to quickly secure your home and control all of your smart devices with one app that conveniently integrates and manages these devices. Our hub
https://play.google.com/store/apps/details?id=com.constellation.constellationconnect&hl=en_US&gl=US

14

| | |
|---|---|
| include a request for a first action to be performed by the first device, wherein the request is related to the location information of the second device, wherein the one or more messages are received from the second device, and wherein the location information of the second device acts as authentication to allow the first action to be performed by the first device; and | The accused instrumentality practices receiving, at a first device (e.g., Constellation Connect server), a message which includes a request for a first action (e.g., adjust a thermostat or turning ON/OFF a smart light or scheduling of smart appliances, etc.) to be performed by the first device (e.g., Constellation Connect server), wherein the request is related to the location information of the second device (e.g., location of mobile device with Constellation Connect app), wherein the one or more messages (e.g., a mobile device enabled with Constellation Connect app, messages with location updates from a mobile device enabled with Constellation Connect app) are received from the second device (e.g., the mobile device enabled with Constellation Connect app), and wherein the location information (e.g., location of mobile device with Constellation Connect app) of a second device (e.g., mobile device enabled with Constellation Connect app) acts as authentication to allow the first action (e.g., location information will authenticate adjusting a thermostat or turning ON/OFF a smart light or scheduling of smart appliances, etc.) to be performed by the first device (e.g., Constellation Connect server).<br><br>The location information of the second device (e.g., location of mobile with Constellation Connect app) acts as authentication to allow the first action (e.g., adjusting a thermostat or turning ON/OFF a smart light or scheduling of smart appliances, etc.) because it permits the first device (e.g., Constellation Connect server) to perform the first action (e.g., adjusting a thermostat or turning ON/OFF a smart light or scheduling of smart appliances, etc.). |

# First Steps

Getting started with Constellation Connect is fast and easy. Our application will walk you through setup in 7 simple steps. In most cases, it takes about 30 - 40 minutes to complete the setup of your system.

1. **Download the Constellation Connect app**
2. **Set up your Constellation Connect hub**
3. **Create your account**
4. **Add your devices** *(about 5 - 15 minutes)*
5. **Personalize** – *Modes, Scenes and Additional Users*
6. **Choose your monitoring plan**
7. **Arm and disarm your system**

## 1 Download the app

**iOS and Android instructions**

[App Store]  [Google Play GET IT ON]

1. Search for **"Constellation Connect"**

2. Choose the Constellation Connect app icon

3. Choose download

Apple, the Apple logo, iPhone, and iPod touch are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc., registered in the U.S. and other countries.

Android, Google Play and the Google Play logo are trademarks of Google LLC.

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

16

# 7 Arm and disarm your system

You can arm your Constellation Connect home security system using the mobile app, web portal, key fob or keypad. Additionally, you can take advantage of the Geofencing capabilities to automate the Arming and Disarming of your system (see "Geofencing").

Your Constellation Connect home security and automation system has four Modes, one to disarm and three to arm your security system in different states: Away, Stay and Vacation. To learn more about each mode and how to customize see "Configuring Modes".

 ### Home
**System DISARMED**

Any motion activated devices and siren **WILL** disarm

 ### Away
**System ARMED**

Any motion activated devices **WILL** arm

 ### Stay
**System ARMED**

Any motion activated devices **WILL NOT** arm

 ### Vacation
**System ARMED**

Any motion activated devices **WILL** arm

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf



### ❸ Create your account

1. Make sure that WiFi is enabled on your device you have downloaded the Constellation Connect app on and will be completing the setup

2. Open the Constellation Connect app

3. Select "New to Constellation?"

4. Follow the on-screen instructions to create your account and configure it to your hub

   *If the hub is not listed, select "Scan Barcode" to begin the Hub setup process. You will be prompted to scan the barcode on the back of your Constellation Connect Hub.* **(Fig. 1)**

5. When finished, the app will show the Constellation Connect dashboard **(Fig. 2)**

#### Geofence

When Geofencing is enabled, the system can automatically set your Mode to HOME (Disarmed) when at least one user is at home. Similarly, the system can automatically set your Mode to AWAY (Armed) when nobody is home.

⚠️ **IMPORTANT:** For Geofencing to work properly you must have the Constellation Connect app installed on each user's smartphone (see Additional User section for more information on Additional User setup and management.)

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

### Creating a Scene

Scenes allow you to automate single or multiple devices on your Constellation Connect system based on the type of trigger you select.

<u>There are four types of Triggers that can be used to setup a scene:</u>



**Device –** The Scene will begin when a sensor or other device in your system changes state, such as a door opens or temperature changes.

**Schedule –** The Scene will begin hourly, daily, weekly, monthly or according to whatever schedule you choose, or can be based on sunrise/sunset times for your specific location.

**Manual –** Create a new button that appears on your Dashboard and selecting this button will start the Scene.

<u>**Location** *(for GPS enabled devices)* **–** The Scene will begin when leaving or entering the geofence area you have defined.</u>

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

In simplest terms, a geofence is a virtual geographic boundary defined by global positioning system (GPS) or radio frequency identification (RFID) technology. When users cross this virtual boundary, a preprogrammed device can perform set actions, receive alerts and manage smart routines.

This increasingly popular technology has both residential and commercial applications. Examples of commercial geofencing include social networking and marketing uses, as location-based services.

People shopping in a favorite clothing store may opt in to the technology, and then when they enter the store and cross a virtual boundary, they will be alerted to sales, coupons and special deals.

Geofencing also has residential uses. By defining a virtual boundary around your home, you can use a simple phone app to trigger reminders, control appliances, or raise or lower your home's thermostat—all based on whether you're currently within the geofenced area or outside it.
https://blog.constellation.com/2019/03/18/what-is-geofencing/

## Best Ways to Use Geofences in Your Home

There are many different ways to use geofencing, and all of these can make life easier and save energy. One of the best parts of this location-based technology is that it can start a series of actions whenever people enter a geofenced area as well as when they leave it.

For additional energy savings, you can even integrate geofencing with smart security systems like Constellation Connect, which can easily link systems together in your home for easy access and control. With those capabilities in mind, here are some of the best ways you can implement geofencing around your home.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

### Use geofencing to set up smart routines for controlling your devices.

Once you've worked out exactly how to do geofencing, you'll see that there are a number of ways to incorporate it into your smart routines that will make them even more efficient.

Program thermostats to automatically adjust when you leave or arrive home.

Maintaining the ideal temperature setting when you're not at home or while you're asleep can be tricky. Fortunately, geofences can be programmed to set thermostats to an energy-saving temperature when you leave for the day and then to automatically kick the heating or cooling on when you return.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

Set lights to turn off, and never waste energy again.

Forget about leaving lights on and wasting energy! You can use geofences to program your lights to turn off as you leave for the day, and to turn on when you return.

It also adds an element of convenience, since you don't need to worry about checking the house for lights left on. Thanks to geofencing, you also don't have to constantly remind your kids to turn the lights off.

Schedule smart appliances to perform tasks while you're away.

It's easy to automate your home with geofencing. Appliances like robot vacuums can be set to turn on or off by using geofences. If you're on the way out the door but need to start a load of laundry, geofencing can help. Washing machines can be set to start a load, dishwashers can be set to start a cycle and televisions can be set to shut off—all triggered by you leaving the geofenced area.

https://blog.constellation.com/2019/03/18/what-is-geofencing/



Constellation Connect provides you with an easy solution to quickly secure your home and control all of your smart devices with one app that conveniently integrates and manages these devices. Our hub https://play.google.com/store/apps/details?id=com.constellation.constellationconnect&hl=en_US&gl=US

23

| performing, based at least on the received one or more messages, by the first device, the authenticated first action that is related to controlling a third device. | The accused instrumentality practices performing, based at least on the received one or more messages (e.g., location information update related message), by the first device (e.g., Constellation Connect server), the authenticated first action (e.g., adjusting a thermostat or turning ON/OFF a smart light or scheduling of smart appliances, etc.) that is related to controlling a third device (e.g., Constellation Connect server controls turning ON, OFF or adjusts the connected Smart Home Automation device such as a Smart Light or a Thermostat or a Smart appliance etc.).<br><br>As shown below, when a user with Constellation Connect app installed and having settings of auto ON or OFF or adjust, when enters within certain area of the connected Smart Home Automation device (e.g., a Smart Light or a Thermostat or a Smart appliance, etc.), the connected Smart Home Automation device automatically turns ON, OFF, or adjusts its settings accordingly.<br><br> |



https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

# 7 Arm and disarm your system

You can arm your Constellation Connect home security system using the mobile app, web portal, key fob or keypad. Additionally, you can take advantage of the Geofencing capabilities to automate the Arming and Disarming of your system (see "Geofencing").

Your Constellation Connect home security and automation system has four Modes, one to disarm and three to arm your security system in different states: Away, Stay and Vacation. To learn more about each mode and how to customize see "Configuring Modes".


Home
**System DISARMED**
Any motion activated devices and siren **WILL** disarm


Away
**System ARMED**
Any motion activated devices **WILL** arm


Stay
**System ARMED**
Any motion activated devices **WILL NOT** arm


Vacation
**System ARMED**
Any motion activated devices **WILL** arm

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf



### ❸ Create your account

1. Make sure that WiFi is enabled on your device you have downloaded the Constellation Connect app on and will be completing the setup

2. Open the Constellation Connect app

3. Select "New to Constellation?"

4. Follow the on-screen instructions to create your account and configure it to your hub

   *If the hub is not listed, select "Scan Barcode" to begin the Hub setup process. You will be prompted to scan the barcode on the back of your Constellation Connect Hub.* **(Fig. 1)**

5. When finished, the app will show the Constellation Connect dashboard **(Fig. 2)**

### Geofence

When Geofencing is enabled, the system can automatically set your Mode to HOME (Disarmed) when at least one user is at home. Similarly, the system can automatically set your Mode to AWAY (Armed) when nobody is home.

⚠️ **IMPORTANT:** For Geofencing to work properly you must have the Constellation Connect app installed on each user's smartphone (see Additional User section for more information on Additional User setup and management.)

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

## Creating a Scene

Scenes allow you to automate single or multiple devices on your Constellation Connect system based on the type of trigger you select.

<u>There are four types of Triggers that can be used to setup a scene:</u>

 **Device –** The Scene will begin when a sensor or other device in your system changes state, such as a door opens or temperature changes.

**Schedule –** The Scene will begin hourly, daily, weekly, monthly or according to whatever schedule you choose, or can be based on sunrise/sunset times for your specific location.

**Manual –** Create a new button that appears on your Dashboard and selecting this button will start the Scene.

**Location** *(for GPS enabled devices)* **–** The Scene will begin when leaving or entering the geofence area you have defined.

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

In simplest terms, a geofence is a virtual geographic boundary defined by global positioning system (GPS) or radio frequency identification (RFID) technology. When users cross this virtual boundary, a preprogrammed device can perform set actions, receive alerts and manage smart routines.

This increasingly popular technology has both residential and commercial applications. Examples of commercial geofencing include social networking and marketing uses, as location-based services.

People shopping in a favorite clothing store may opt in to the technology, and then when they enter the store and cross a virtual boundary, they will be alerted to sales, coupons and special deals.

Geofencing also has residential uses. By defining a virtual boundary around your home, you can use a simple phone app to trigger reminders, control appliances, or raise or lower your home's thermostat—all based on whether you're currently within the geofenced area or outside it.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

## Best Ways to Use Geofences in Your Home

There are many different ways to use geofencing, and all of these can make life easier and save energy. One of the best parts of this location-based technology is that it can start a series of actions whenever people enter a geofenced area as well as when they leave it.

For additional energy savings, you can even integrate geofencing with smart security systems like Constellation Connect, which can easily link systems together in your home for easy access and control. With those capabilities in mind, here are some of the best ways you can implement geofencing around your home.
https://blog.constellation.com/2019/03/18/what-is-geofencing/

### Use geofencing to set up smart routines for controlling your devices.

Once you've worked out exactly how to do geofencing, you'll see that there are a number of ways to incorporate it into your smart routines that will make them even more efficient.

Program thermostats to automatically adjust when you leave or arrive home.

Maintaining the ideal temperature setting when you're not at home or while you're asleep can be tricky. Fortunately, geofences can be programmed to set thermostats to an energy-saving temperature when you leave for the day and then to automatically kick the heating or cooling on when you return.
https://blog.constellation.com/2019/03/18/what-is-geofencing/

Set lights to turn off, and never waste energy again.

Forget about leaving lights on and wasting energy! You can use geofences to program your lights to turn off as you leave for the day, and to turn on when you return.

It also adds an element of convenience, since you don't need to worry about checking the house for lights left on. Thanks to geofencing, you also don't have to constantly remind your kids to turn the lights off.

Schedule smart appliances to perform tasks while you're away.

It's easy to automate your home with geofencing. Appliances like robot vacuums can be set to turn on or off by using geofences. If you're on the way out the door but need to start a load of laundry, geofencing can help. Washing machines can be set to start a load, dishwashers can be set to start a cycle and televisions can be set to shut off—all triggered by you leaving the geofenced area.
https://blog.constellation.com/2019/03/18/what-is-geofencing/



Constellation Connect provides you with an easy solution to quickly secure your home and control all of your smart devices with one app that conveniently integrates and manages these devices. Our hub

https://play.google.com/store/apps/details?id=com.constellation.constellationconnect&hl=en_US&gl=US

31

| 22. The method of claim 21, wherein the second device includes a mobile device. | The second device is a mobile device (e.g., the user's smartphone with Constellation Connect app).  https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf |
| --- | --- |

# ⑦ **Arm and disarm your system**

You can arm your Constellation Connect home security system using the mobile app, web portal, key fob or keypad. Additionally, you can take advantage of the Geofencing capabilities to automate the Arming and Disarming of your system (see "Geofencing").

Your Constellation Connect home security and automation system has four Modes, one to disarm and three to arm your security system in different states: Away, Stay and Vacation. To learn more about each mode and how to customize see "Configuring Modes".


### Home
**System DISARMED**

Any motion activated devices and siren **WILL** disarm


### Away
**System ARMED**

Any motion activated devices **WILL** arm


### Stay
**System ARMED**

Any motion activated devices **WILL NOT** arm


### Vacation
**System ARMED**

Any motion activated devices **WILL** arm

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf



### 3 Create your account

1. Make sure that WiFi is enabled on your device you have downloaded the Constellation Connect app on and will be completing the setup

2. Open the Constellation Connect app

3. Select "New to Constellation?"

4. Follow the on-screen instructions to create your account and configure it to your hub

   *If the hub is not listed, select "Scan Barcode" to begin the Hub setup process. You will be prompted to scan the barcode on the back of your Constellation Connect Hub.* **(Fig. 1)**

5. When finished, the app will show the Constellation Connect dashboard **(Fig. 2)**

### Geofence

When Geofencing is enabled, the system can automatically set your Mode to HOME (Disarmed) when at least one user is at home. Similarly, the system can automatically set your Mode to AWAY (Armed) when nobody is home.

**IMPORTANT:** For Geofencing to work properly you must have the Constellation Connect app installed on each user's smartphone (see Additional User section for more information on Additional User setup and management.)

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

## Creating a Scene

Scenes allow you to automate single or multiple devices on your Constellation Connect system based on the type of trigger you select.

**There are four types of Triggers that can be used to setup a scene:**

 **Device –** The Scene will begin when a sensor or other device in your system changes state, such as a door opens or temperature changes.

**Schedule –** The Scene will begin hourly, daily, weekly, monthly or according to whatever schedule you choose, or can be based on sunrise/sunset times for your specific location.

**Manual –** Create a new button that appears on your Dashboard and selecting this button will start the Scene.

**Location** *(for GPS enabled devices)* **–** The Scene will begin when leaving or entering the geofence area you have defined.

https://constellationconnect.com/wp-content/uploads/2018/08/Constellation-Connect_UserGuide_082318.pdf

In simplest terms, a geofence is a virtual geographic boundary defined by global positioning system (GPS) or radio frequency identification (RFID) technology. When users cross this virtual boundary, a preprogrammed device can perform set actions, receive alerts and manage smart routines.

This increasingly popular technology has both residential and commercial applications. Examples of commercial geofencing include social networking and marketing uses, as location-based services.

People shopping in a favorite clothing store may opt in to the technology, and then when they enter the store and cross a virtual boundary, they will be alerted to sales, coupons and special deals.

Geofencing also has residential uses. By defining a virtual boundary around your home, you can use a simple phone app to trigger reminders, control appliances, or raise or lower your home's thermostat—all based on whether you're currently within the geofenced area or outside it.
https://blog.constellation.com/2019/03/18/what-is-geofencing/

## Best Ways to Use Geofences in Your Home

There are many different ways to use geofencing, and all of these can make life easier and save energy. One of the best parts of this location-based technology is that it can start a series of actions whenever people enter a geofenced area as well as when they leave it.

For additional energy savings, you can even integrate geofencing with smart security systems like Constellation Connect, which can easily link systems together in your home for easy access and control. With those capabilities in mind, here are some of the best ways you can implement geofencing around your home.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

### Use geofencing to set up smart routines for controlling your devices.

Once you've worked out exactly how to do geofencing, you'll see that there are a number of ways to incorporate it into your smart routines that will make them even more efficient.

Program thermostats to automatically adjust when you leave or arrive home.

Maintaining the ideal temperature setting when you're not at home or while you're asleep can be tricky. Fortunately, geofences can be programmed to set thermostats to an energy-saving temperature when you leave for the day and then to automatically kick the heating or cooling on when you return.

https://blog.constellation.com/2019/03/18/what-is-geofencing/

Set lights to turn off, and never waste energy again.

Forget about leaving lights on and wasting energy! You can use geofences to program your lights to turn off as you leave for the day, and to turn on when you return.

It also adds an element of convenience, since you don't need to worry about checking the house for lights left on. Thanks to geofencing, you also don't have to constantly remind your kids to turn the lights off.

Schedule smart appliances to perform tasks while you're away.

It's easy to automate your home with geofencing. Appliances like robot vacuums can be set to turn on or off by using geofences. If you're on the way out the door but need to start a load of laundry, geofencing can help. Washing machines can be set to start a load, dishwashers can be set to start a cycle and televisions can be set to shut off—all triggered by you leaving the geofenced area.
https://blog.constellation.com/2019/03/18/what-is-geofencing/



Constellation Connect provides you with an easy solution to quickly secure your home and control all of your smart devices with one app that conveniently integrates and manages these devices. Our hub https://play.google.com/store/apps/details?id=com.constellation.constellationconnect&hl=en_US&gl=US